UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 18-14461-CIV-MARTINEZ-REINHART

RALPH K. HOLMES,

    Plaintiff,

vs.

THE CITY OF FORT PIERCE, FLORIDA,
a political subdivision of the State of Florida,

    Defendant.
_____/

## ORDER ON MAGISTRATE JUDGE'S REPORTS AND RECOMMENDATIONS

**THE MATTER** was referred to the Honorable Bruce E. Reinhart, United States Magistrate Judge, for a Report and Recommendation on Appellee City of Fort Pierce's Motion for Appellate Attorney's Fees (ECF No. 109), Defendant's Motion for Attorney's Fees and Costs, (ECF No. 104), and Defendant's Renewed Motion for Bill of Costs (ECF No. 103) (together, the "Referred Motions"). (*See* ECF Nos. 107 & 113). Magistrate Judge Reinhart filed two Report and Recommendations ("R&Rs") on the Referred Motions (ECF No. 114 & 115).

After Judge Reinhart filed the R&Rs, the parties filed a Joint Notice Of Settlement as to "Defendant's Motion for Attorney's Fees and Costs in both the above-referenced District Court and Appellate Court matter[.]" (ECF No. 116). They then filed an Amended Joint Notice of Settlement, moving to strike their prior Joint Notice of Settlement ("Motion to Strike"), and stating that the parties have reached a settlement as to all Referred Motions. (ECF No. 117).

Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** that

    1.    The parties' Motion to Strike, (ECF No. 117), their initial Joint Notice of

1

Settlement, (ECF No. 116), is **GRANTED**.

    2.    United States Magistrate Judge Reinhart's R&Rs, (ECF No. 114 & 115), are **MOOT** and, therefore, **NOT ADOPTED**, in light of the parties' Amended Joint Notice of Settlement.

    3.    The Referred Motions, (ECF Nos. 103, 104, 109), are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24 day of October, 2022.

                                                JOSE E. MARTINEZ
                                               UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Reinhart
All Counsel of Record